# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FAIRFIELD UNIVERSITY,<br><br>      Plaintiff,<br><br>v.<br><br>VIGILANT INSURANCE COMPANY AND FEDERAL INSURANCE COMPANY,<br><br>      Defendants. | Civil Action No. 3:20-cv-1369<br><br><br><br>October 9, 2020 |

## PLAINTIFF'S NOTICE OF RELATED CASES

Plaintiff requests the Court to take judicial notice of the following related cases:

*Gervil St. Louis v. Perlitz*, Civil Action No. 3:13-cv-01132-RNC.

*Jean-Charles v. Perlitz, et al.*, Civil Action No. 3:11-cv-00614 (RNC)


Dated: October 9, 2020    /s/Tracy Alan Saxe
                  Tracy Alan Saxe, Esq. (ct06031)
                  Celia B. Waters, Esq. (ct29922)
                  SAXE DOERNBERGER & VITA, P.C.
                  35 Nutmeg Drive, Suite 140
                  Trumbull, Connecticut 06611
                  T:  203.287.2100
                  F:  203.287.8847
                  E:  tas@sdvlaw.com
                     cbw@sdvlaw.com

                  William S. Bennett, Esq. (ct30138)
                  Bar No. ct30138
                  Saxe Doernberger & Vita, P.C.
                  Two Better World Circle, Ste. 200
                  Temecula, CA 92590
                  T:  951.365.3145
                  E:  wsb@sdvlaw.com

                  *Attorneys for Plaintiff, Fairfield University*

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was filed electronically this 9th day of October, 2020.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by U.S. Mail to pro se parties of record. Parties may access this filing through the Court's system.

/s/Tracy Alan Saxe
Tracy Alan Saxe