IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FAIRFIELD UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>VIGILANT INSURANCE COMPANY AND FEDERAL INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 3:20-cv-01369-JCH<br><br><br><br>November 11, 2021 |

STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Fairfield University, and Defendants, Vigilant Insurance Company and Federal Insurance Company, collectively, the Parties, that this action, shall be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs or attorney fees to any Party as against the other, and with all rights of appeal waived.

This Stipulation may be filed without further notice with the Clerk of the Court.

IT IS SO STIPULATED.

Dated: November 11, 2021.

THE PLAINTIFF,
FAIRFIELD UNIVERSITY

Dated: November 11, 2021

/s/Tracy Alan Saxe
Tracy Alan Saxe, Esq. (ct06031)
Celia B. Waters, Esq. (ct29922)
SAXE DOERNBERGER & VITA, P.C.
35 Nutmeg Drive, Suite 140
Trumbull, Connecticut 06611
T:   203.287.2100
F:   203.287.8847

    E:    TSaxe@sdvlaw.com
           CWaters@sdvlaw.com

William S. Bennett, Esq. (ct30138)
Bar No. ct30138
Saxe Doernberger & Vita, P.C.
Two Better World Circle, Ste. 200
Temecula, CA 92590
T:    951.365.3145
E:    WBennett@sdvlaw.com


THE DEFENDANTS,
VIGILANT INSURANCE COMPANY and
FEDERAL INSURANCE COMPANY

/s/ Michael P. Thompson
Michael P. Thompson, Esq.
Dennis O. Brown, Esq.
Kelcie B. Reid, Esq.
Gordon Rees Scully Mansukhani, LLP
95 Glastonbury Boulevard, Suite 206
Glastonbury, CT 06033
T:    860.494.7504
E:    mthompson@grsm.com
       dbrown@grsm.com
       kreid@grsm.com


/s/ John J. McGivney
John J. McGivney, Esq.
Kara A. Loridas, Esq.
Michael D. Riseberg, Esq.
Rubin and Rudman LLP
53 State Street
Ste 15th Floor
Boston, MA 02109
Tel:    617.330.7000
E;    jmcgivney@rubinrudman.com
      kloridas@hermesnetburn.com
      mriseberg@rubinrudman.com

2

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was filed electronically this 11th day of November 2021. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by U.S. Mail to pro se parties of record. Parties may access this filing through the Court's system.

/s/Tracy Alan Saxe
Tracy Alan Saxe

3